IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS & OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 3:11CV573-MJR-DCW |
| v. | ) ) ) |
| A&A HAULING, INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION FOR DISMISSAL

Come now the parties and stipulate to the dismissal of this matter pursuant to the following terms:

1. Plaintiffs' claims through and including the period of August 31, 2011, including claims for contributions, dues, and/or liquidated damages, which are based on either (a) reports submitted by defendant or (b) hours worked by defendant's employee Arthur Geninatti, are dismissed with prejudice. Any claims not based on (a) or (b) are dismissed without prejudice.

2. Any claims which may arise after August 31, 2011 are dismissed without prejudice.

3. Defendant's counterclaim is dismissed with prejudice.

4. Each party will pay its own costs and attorneys' fees.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.  
7730 Carondelet, Suite 200  
St. Louis, Missouri 63105  
Phone: (314) 727-1015  
Fax:   (314) 727-6804

THOMAS G. MAAG  
22 West Lorena Avenue  
Wood River, Illinois 62025  
Phone: (618) 216-5291  
Fax: (618) 551-0421

/s/ Greg A. Campbell  
GREG A. CAMPBELL, #35381

/s/ Thomas G. Maag (w/consent)  
THOMAS G. MAAG

Attorneys for Plaintiffs

Attorney for Defendant